UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY R. ORTIZ,<br><br>　　　Plaintiff in Propia Persona,<br><br>　　v.<br><br>JOHN E. POTTER,<br><br>　　　Defendant. | Case No. C 10-4099 EDL<br><br>**ORDER ASSIGNING CASE TO ASSISTED MEDIATION PROGRAM AND APPOINTING SPECIAL ASSISTED MEDIATION COUNSEL** |

　　　An unrepresented party in this case has applied to participate in the court's Assisted Mediation Program. Based on the Court's review of the unrepresented party's Application for Assisted Mediation and Declaration in Support of Application for Assisted Mediation, the record in this case, and the unrepresented party's acknowledgment of the limited representation to be provided by Special Assisted Mediation Counsel,

　　　IT IS HEREBY ORDERED:

　　　1.　　That the case be assigned to the Assisted Mediation Program, and mediation shall take place in accordance with the Alternative Dispute Resolution Local Rules of this court;

////

////

2.  Danielle Van Wert
    Orrick Herrington & Sutcliffe LLP
    1000 Marsh Road
    Menlo Park, CA 94025
    Phone: 650-614-7487
    Fax: 650-614-7401
    dvanwert@orrick.com

is appointed Special Assisted Mediation Counsel. This appointment shall be pursuant to the terms of the Application for Assisted Mediation and the Declaration in Support of Application for Assisted Mediation. This appointment and limited representation shall end upon the completion of the mediation and any follow-up activities ordered by the court.

Special Assisted Mediation Counsel shall notify the court promptly upon the completion of the mediation and any follow-up activities. The court shall then issue an order relieving the Special Assisted Mediation Counsel from her limited representation of the unrepresented party. Thereafter, the attorney who has served as Special Assisted Mediation Counsel will only be permitted to represent the unrepresented party upon order of the court if there is a signed written agreement under which the attorney agrees to provide such legal services.

3.  The Mediation session shall take place no later than June 30, 2011.

IT IS SO ORDERED.

Dated: April 5, 2011

*Elizabeth D. Laporte*

ELIZABETH D. LAPORTE
United States Magistrate Judge