MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K.B. SLADDEN (CSBN 203307)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6962
   FAX: (415) 436-6748
   melissa.sladden@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY R. ORTIZ,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICK DONAHOE, POSTMASTER GENERAL UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | No. C-10-4099 EDL<br><br>STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULING ORDER TO EXTEND FACT DISCOVERY CUT-OFF AND DISPOSITIVE MOTION DEADLINE |

[STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULING ORDER]
C-10-4099 EDL

The parties, plaintiff Gregory Ortiz, ("Plaintiff") and the federal defendant United States Postal Service ("Defendant") respectfully request modification of the existing Scheduling Order as follows:

WHEREAS, pursuant to the Case Management and Pretrial Order for Jury Trial entered by this Court ("Scheduling Order"), fact discovery closes on June 30, 2011;

WHEREAS, the Defendant noticed Plaintiff's deposition for June 10, 2011;

WHEREAS, Plaintiff has secured counsel, John Ota, Esq. for the purposes of representing him at the deposition, but due to Plaintiff's work schedule, his counsel's schedule, and defense counsel's upcoming trial schedule it is not possible to schedule Plaintiff's deposition until July 11, 2011;

WHEREAS, the parties have agreed to and respectfully request a modification in the pretrial and trial schedule in this action as follows:

The fact discovery cut-off will be continued from June 30, 2011 to July 15, 2011.  The last date for hearing on dispositive motions will be continued from August 16, 2011 to August 30, 2011.

IT IS SO STIPULATED.

DATED: May 24, 2011                              Respectfully submitted,

                                                 MELINDA HAAG
                                                 United States Attorney

                                                 /s/ Melissa Sladden

                                                 _____
                                                 MELISSA SLADDEN
                                                 Assistant United States Attorney

DATED: May 24, 2011
                                                 /s/ Gregory Ortiz

                                                 _____
                                                 GREGORY ORTIZ
                                                 Plaintiff, *pro se*

[STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULING ORDER]
C-10-4099 EDL

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, the fact discovery cut-off will be continued from June 30, 2011 to July 15, 2011.  The last date for hearing on dispositive motions will be continued from August 16, 2011 to August 30, 2011.

SO ORDERED

DATED: May 27, 2011

HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

[STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULING ORDER]
C-10-4099 EDL