1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K.B. SLADDEN (CSBN 203307)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6962
6      FAX: (415) 436-6748
       melissa.sladden@usdoj.gov
7
   Attorneys for Defendant
8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12
   GREGORY R. ORTIZ,                )   No. C-10-4099 EDL
13                                   )
        Plaintiff,                   )
14                                   )   STIPULATION AND [PROPOSED]
     v.                              )   ORDER TO EXTEND THE MEDIATION
15                                   )   DEADLINE
   PATRICK DONAHOE, POSTMASTER       )
16 GENERAL UNITED STATES POSTAL      )
   SERVICE,                          )
17                                   )
        Defendant.                   )
18 _____ )

19

20

21

22

23

24

25

26

27

28

[STIPULATION AND [PROPOSED] ORDER TO EXTEND THE MEDIATION DEADLINE]
C-10-4099 EDL

**STIPULATION**

The parties, plaintiff Gregory Ortiz ("Plaintiff") and defendant, Patrick Donahoe, Postmaster General, United States Postal Service ("Federal Defendant") by and through their respective attorneys, request that the following dates be adopted by the Court: that the mediation deadline in this action be extended from June 30, 2011 to July 29, 2011. Pursuant to a separate agreement entered into by the parties, the Federal Defendant has noticed plaintiff Gregory Ortiz's deposition for July 11, 2011. The parties believe that it will be beneficial to the mediation process to complete Mr. Ortiz's deposition prior to the mediation. The parties have tentatively scheduled the mediation for July 25, 2011. The mediator has consented to this extension.

DATED: May 26, 2011　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　MELINDA HAAG
　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　/s Melissa Sladden

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MELISSA BROWN SLADDEN
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


　　　　　　　　　　　　　　　　　　　DANIELLE P. VAN WERT
　　　　　　　　　　　　　　　　　　　Orrick Herrington & Sutcliffe, LLP

　　　　　　　　　　　　　　　　　　　　/s Danielle Van Wert

DATED: May 26, 2011　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DANIELLE P. VAN WERT
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**[~~PROPOSED~~] ORDER**

The mediation deadline in this action shall be extended from June 30, 2011 to July 29, 2011.

**IT IS SO ORDERED.**

Dated: 05/31/2011



_____
Judge Elizabeth D. Laporte

[STIPULATION AND [PROPOSED] ORDER TO EXTEND THE MEDIATION DEADLINE]
C-10-4099 EDL